## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DAVID FLINN,                              )
                                          )
      Plaintiff,                  )    Case No.:  2:20-cv-02215
                                          )
v.                                        )
                                          )
C PEPPER LOGISTICS LLC, et al.,           )
                                          )
      Defendants.                 )

### DEFENDANT C PEPPER LOGISTICS LLC'S ANSWER

COME NOW Defendant, C Pepper Logistics LLC ("Defendant"), by and through its undersigned counsel, and for its Answer to Plaintiff's Amended Class Action Complaint (the "Complaint"), states as follows:

### PARTIES

1.    Defendant is without sufficient information to admit or deny the allegations of paragraph 1 and thus denies same.

2.    Defendant admits the allegations of paragraph 2.

3.    The allegations of paragraph 3 are denied.

4.    Defendant admits that it is registered to do business in Kansas.  Except as expressly admitted, the allegations of paragraph 4 are denied.

5.    The allegations of paragraph 5 are admitted.

6.    Defendant is without sufficient information to admit or deny the allegations of paragraph 6 and thus denies same.

7.    Defendant is without sufficient information to admit or deny the allegations of paragraph 7 and thus denies same.

8.     Defendant is without sufficient information to admit or deny the allegations of paragraph 8 and thus denies same.

9.     Defendant is without sufficient information to admit or deny the allegations of paragraph 9 and thus denies same.

## JURISDICTION AND VENUE

10.     Defendant is without sufficient information to admit or deny the allegations of paragraph 10 and thus denies same.

11.      Paragraph 11 states a legal conclusion and therefore requires no response of Defendant.  To the extent a response is required, the allegations of paragraph 11 are denied.

12.     Paragraph 12 states a legal conclusion and therefore requires no response of Defendant.  To the extent a response is required, the allegations of paragraph 12 are denied.

13.     Paragraph 13 states a legal conclusion and therefore requires no response of Defendant.  To the extent a response is required, the allegations of paragraph 13 are denied.

14.     Paragraph 14 states a legal conclusion and therefore requires no response of Defendant.  To the extent a response is required, the allegations of paragraph 14 are denied.

15.     Paragraph 15 states a legal conclusion and therefore requires no response of Defendant.  To the extent a response is required, the allegations of paragraph 15 are denied.

## GENERAL ALLEGATIONS

### C Pepper and Lanter

16.     Paragraph 16 states a legal conclusion and therefore requires no response of Defendant.  To the extent a response is required, the allegations of paragraph 16 are denied.

17.     Defendant denies the allegations of paragraph 17.

18.     Defendant denies the allegations of paragraph 18.

2542705                                        2

19.     Defendant denies the allegations of paragraph 19.

20.     Defendant denies the allegations of paragraph 20.

21.     Defendant denies the allegations of paragraph 21.

22.     Defendant denies the allegations of paragraph 22.

23.     Defendant is without sufficient knowledge, information, or belief to admit or deny

the allegations of paragraph 23 and therefore denies same.

*C Pepper Fraudulently Misclassifies Drivers as Independent Contractors*

24.     Defendant denies the allegations of paragraph 24.

25.     Defendant denies the allegations of paragraph 25.

26.     Defendant denies the allegations of paragraph 26.

27.     Defendant denies the allegations of paragraph 27.

28.     Defendant denies the allegations of paragraph 28.

29.     Defendant denies the allegations of paragraph 29.

30.     Defendant denies the allegations of paragraph 30.

31.     Defendant denies the allegations of paragraph 31.

32.     Defendant denies the allegations of paragraph 32.

33.     Defendant denies the allegations of paragraph 33.

34.     Defendant denies the allegations of paragraph 34.

35.     Defendant denies the allegations of paragraph 35.

36.     Defendant denies the allegations of paragraph 36.

37.     Defendant denies the allegations of paragraph 37.

38.     Defendant denies the allegations of paragraph 38.

39.     Defendant denies the allegations of paragraph 39.

*C Pepper Willfully Issues Fraudulent Paystubs to Flinn and Other Drivers*

40.     Defendant denies the allegations of paragraph 40.

41.     Defendant denies the allegations of paragraph 41.

42.     Defendant denies the allegations of paragraph 42.

43.     Defendant denies the allegations of paragraph 43.

44.     Defendant denies the allegations of paragraph 44.

45.     Defendant denies the allegations of paragraph 45.

46.     Defendant is without sufficient information to admit or deny the allegations of paragraph 46 and therefore denies same.

47.     Defendant denies the allegations of paragraph 47.

48.     Defendant denies the allegations of paragraph 48.

49.     Defendant denies the allegations of paragraph 49.

*Flinn Calls Out C Pepper's Fraudulent Reporting*

50.     Defendant denies the allegations of paragraph 50.

51.     Defendant denies the allegations of paragraph 51.

52.     Defendant denies the allegations of paragraph 52.

53.     Defendant is without sufficient knowledge, information, or belief to admit or deny the allegations of paragraph 53 and therefore denies same.

54.     Defendant denies the allegations of paragraph 54.

55.     Defendant denies the allegations of paragraph 55.

56.     Defendant denies the allegations of paragraph 56.

*C Pepper Willfully Files and Issues Fraudulent Tax Documents*

57.     Defendant denies the allegations of paragraph 57.

58.     Defendant denies the allegations of paragraph 58.

59.     Defendant is without sufficient knowledge, information, or belief to admit or deny the allegations of paragraph 59 and therefore denies same.

60.     Defendant is without sufficient knowledge, information, or belief to admit or deny the allegations of paragraph 60 and therefore denies same.

61.     Defendant denies the allegations of paragraph 61.

62.     Defendant denies the allegations of paragraph 62.

63.     Defendant denies the allegations of paragraph 63.

64.     Defendant denies the allegations of paragraph 64.

65.     Defendant denies the allegations of paragraph 65.

66.     Defendant is without sufficient knowledge, information, or belief to admit or deny the allegations of paragraph 66 and therefore denies same.

67.     Defendant is without sufficient knowledge, information, or belief to admit or deny the allegations of paragraph 67 and therefore denies same.

## CLASS ALLEGATIONS

68.     Defendant restates and incorporates by reference, as if fully set forth herein, its answers to each and every allegation in the Complaint.

69.     Paragraph 69 does not set forth a statement of fact and therefore does not require a response.  To the extent a response is required, the allegations of Paragraph 69 are denied.

70.     Paragraph 70 does not set forth a statement of fact and therefore does not require a response.  To the extent a response is required, the allegations of Paragraph 70 are denied.

71.     Defendant denies the allegations of paragraph 71.

72.     Defendant denies the allegations of paragraph 72.

73.     Defendant denies the allegations of paragraph 73.

74.     Defendant denies the allegations of paragraph 74.

75.     Defendant denies the allegations of paragraph 75.

76.     Defendant denies the allegations of paragraph 76.

77.     Defendant denies the allegations of paragraph 77.

78.     Defendant denies the allegations of paragraph 78.

**Causes of Action and Claims for Relief**

**Count I**

COME NOW, Defendant, by and through undersigned counsel and for its Answer to Count I of Plaintiff's Amended Class Action Complaint, does hereby state:

79.     Defendant restates and incorporates by reference, as if fully set forth herein, its answers to each and every allegation set forth in the Complaint.

80.     Paragraph 80 does not set forth a statement of fact and therefore does not require a response.  To the extent a response is required, the allegations of Paragraph 80 are denied.

81.     Defendant denies the allegations of paragraph 81.

82.     Defendant denies the allegations of paragraph 82.

83.     Defendant denies the allegations of paragraph 83.

84.     Defendant denies the allegations of paragraph 84.

85.     Defendant denies the allegations of paragraph 85.

86.     Defendant denies the allegations of paragraph 86.

87.     Defendant denies the allegations of paragraph 87.

88.     Defendant denies the allegations of paragraph 88.

WHEREFORE, having fully answered Count I of Plaintiff's Amended Class Action Complaint, Defendant prays that this court dismiss Count I and enter judgment in Defendant's favor, that Defendant go hence with its costs and attorneys' fees incurred herein, and for such other and further relief as this Court deems just and proper.

### Count II – Violation of State Common Law and Wage Laws

COME NOW, Defendant, by and through undersigned counsel and for its Answer to Count II of Plaintiff's Amended Class Action Complaint, does hereby state:

89.     Defendant restates and incorporates by reference, as if fully set forth herein, its answers to each and every allegation set forth in the Complaint.

90.     Paragraph 90 does not set forth a statement of fact and therefore does not require a response.  To the extent a response is required, the allegations of Paragraph 90 are denied.

91.     Paragraph 91 states a legal conclusion and therefore requires no response of Defendant.  To the extent a response is required, the allegations of paragraph 91 are denied.

92.     Defendant denies the allegations of paragraph 92.

WHEREFORE, having fully answered Count II of Plaintiff's Amended Class Action Complaint, Defendant prays that this court dismiss Count II and enter judgment in Defendant's favor, that Defendant go hence with its costs and attorneys' fees incurred herein, and for such other and further relief as this Court deems just and proper.

### Prayer for Relief

93.     Paragraph 93 does not set forth a statement of fact and therefore does not require a response.  To the extent a response is required, the allegations of Paragraph 93 are denied.

94.     Paragraph 94 does not set forth a statement of fact and therefore does not require a response.  To the extent a response is required, the allegations of Paragraph 94 are denied.

SUMMERS COMPTON WELLS LLC

 */s/ Jill R. Rembusch*
JILL R. REMBUSCH        #78897
8909 Ladue Road
St. Louis, MO  63124
(314) 991-4999
(314) 872-0385
jrembusch@summerscomptonwells.com
*Attorneys for Defendant C Pepper Logistics LLC*

CERTIFICATE OF SERVICE

I hereby certify that the original of the above and foregoing was signed by Jill R. Rembusch and shall be maintained in the client file pursuant to Mo. Sup. Ct. R. 55.03(a).  I further certify that on July 14, 2020, I electronically filed the foregoing document with the Clerk of the Court and that the foregoing document is being served this day on all counsel of record or pro se parties identified either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

*/s/ Wendy Krome*

2542705