## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **David Flinn** | § | |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | CAUSE NO. 2:20-cv-02215 |
| | § | |
| **C Pepper Logistics LLC, Lanter Delivery Systems, LLC, and James Pepper** | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jul 1, 2021, 12:00 pm**,

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, EXHIBIT A ,**

and was executed at **14001 W HWY 29 SUITE 102, LIBERTY HILL, TX 78642** within the county of **Williamson** at **03:22 PM** on **Thu, Jul 01 2021**, by delivering a true copy to the within named

**WHITE LINE SYSTEMS, LLC Registered agent Paracorp. Inc. and accepted by Sabrina, account executive**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **July 01, 2021.**

Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2022