IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID FLINN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-2215-JAR-KGG |
| | ) |
| C PEPPER LOGISTICS LLC, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER STAYING CASE**

On February 25, 2022, Plaintiffs filed an unopposed motion to extend the deadline to file a motion to compel and for Plaintiffs to disclose expert testimony. (ECF No. 136). Previous extensions had been granted on several occasions. The purpose of the extensions was to allow additional time for the parties to finalize a settlement agreement. After the last extension was filed, the undersigned Magistrate Judge proposed to the parties that the case be stayed to allow for a settlement agreement to be finalized. The parties jointly agreed via email to an order staying the case. Pursuant to that agreement, the Court orders that:

1) All deadlines and hearings in the case are suspended.

2) The parties are given until March 31, 2022, to finalize a settlement agreement or provide the Court with a joint status update.

Accordingly, the Court finds Plaintiffs' unopposed motion (ECF No. 136) as **moot**. The Court will reevaluate whether continuing the stay is necessary on March 31, 2022.

**IT IS SO ORDERED.**

Dated March 11, 2022, at Wichita, Kansas

/S Kenneth G. Gale
Kenneth G. Gale
U.S. Magistrate Judge